# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| DALE TIMMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASCENSION ST. VINCENT'S COASTAL CARDIOLOGY, formerly doing business as Coastal Cardiology P.C.,<br><br>    Defendant. | CV 2:23-010 |

## ORDER

Before the Court is Plaintiff Dale Timms's Notice of Voluntary Dismissal, dkt. no. 19, wherein he notifies the Court that he wishes to dismiss his claims against Defendant Ascension St. Vincent's Coastal Cardiology. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against Defendant in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 14 day of March, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA